JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLA A.,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>　　　　　Defendant. | NO. CV 24-10629-AGR<br><br><br>JUDGMENT |

　　In accordance with the Memorandum Opinion and Order filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that the judgment is entered for the defendant, the Commissioner of Social Security Administration.

DATED:  November 18, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ALICIA G. ROSENBERG
　　　　　　　　　　　　　　　　　　United States Magistrate Judge